1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANJEET SINGH,              )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>Janet Napolitano, Secretary of Homeland )<br>Security, et al.             )<br>                             )<br>     Defendants.             )<br>_____) | No. CV F 11-cv-1638 LJO DLB<br><br>STIPULATION AND ORDER RE: REMAND FOR AGENCY ADJUDICATION PURSUANT TO 8 U.S.C. § 1447(b) |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application.  As of the time of this filing, the agency is prepared to adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 45 days from the date of the order of remand.

-1-

Dated: November 23, 2011                Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:     /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents

By:     /s/ James Makasian
James Makasian
Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, the case is remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 45 days from the date of this Order.

IT IS SO ORDERED.

**Dated:   November 23, 2011**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE