1   BENJAMIN B. WAGNER
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
8

9   MANJEET SINGH,                    )      No. CV F 11-cv-1638 LJO DLB
                                       )
10           Plaintiff,               )      STIPULATION AND ORDER RE:
                                       )      REMAND FOR AGENCY
11      v.                             )      ADJUDICATION PURSUANT TO 8
                                       )      U.S.C. § 1447(b)
12  Janet Napolitano, Secretary of Homeland  )
    Security, et al.                   )
13                                     )
             Defendants.              )
14  _____)

15

16      This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

17  Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek

18  de novo review of this application.  As of the time of this filing, the agency is prepared to

19  adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot

20  complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).

21  Accordingly, the parties jointly agree that the case should be remanded with instructions to

22  complete adjudication of the case within 45 days from the date of the order of remand.

23

24

25

26

27

28

                                        -1-

Dated: November 23, 2011                    Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney


                            By:     /s/Audrey Hemesath
                                    Audrey B. Hemesath
                                    Assistant U.S. Attorney
                                    Attorneys for the Respondents


                            By:     /s/ James Makasian
                                    James Makasian
                                    Attorney for the Petitioner




                              ORDER


    Pursuant to this Joint Stipulation and for the reasons stated therein, the case is remanded to

Citizenship and Immigration Services to complete adjudication on the application for

naturalization within 45 days from the date of this Order.




IT IS SO ORDERED.

**Dated:   November 23, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE