BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJEET SINGH, | No. CV F 11-cv-1638 LJO DLB |
| Plaintiff, | NOTICE OF ADJUDICATION; STIPULATION TO DISMISSAL |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. This Court remanded the matter to CIS pursuant to 8 U.S.C. § 1447(b), and on December 28, 2011, the application was adjudicated by CIS. Accordingly, the parties hereby stipulate to dismissal of this action.

Dated: January 5, 2012        Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                       By:    /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Respondents


                       By:    /s/ James Makasian
                              James Makasian
                              Attorney for the Petitioner

-1-

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed. The clerk is directed to close this action.

IT IS SO ORDERED.

| Dated: | January 5, 2012 | /s/ Lawrence J. O'Neill |
|---|---|---|
| | | UNITED STATES DISTRICT JUDGE |