BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJEET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV F 11-cv-1638 LJO DLB<br><br>NOTICE OF ADJUDICATION;<br>STIPULATION TO DISMISSAL |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. This Court remanded the matter to CIS pursuant to 8 U.S.C. § 1447(b), and on December 28, 2011, the application was adjudicated by CIS. Accordingly, the parties hereby stipulate to dismissal of this action.

Dated: January 5, 2012                Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                              By:     /s/Audrey Hemesath
                                      Audrey B. Hemesath
                                      Assistant U.S. Attorney
                                      Attorneys for the Respondents


                              By:     /s/ James Makasian
                                      James Makasian
                                      Attorney for the Petitioner

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   January 5, 2012                         /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE